IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00010-MSK-1

UNITED STATES OF AMERICA,
Plaintiff,
v.


#6 RICHARD W. JOHNSON
Defendant.

---

### ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT

---

COMES NOW the undersigned, a member of the bar of this Court, and herewith enters an appearance as counsel for the above-named Defendant.

DATED at Denver, Colorado this, <u>24th</u> day of January, 2012.

                                        <u>/s/Miller Leonard</u>
                                        Attorney for Defendant
                                        CO Reg. # 41029
                                        1767 Denver West Blvd. Suite A
                                        Golden, CO 80401
                                        303-907-9516
                                        <u>milller@themillerleonardlawfirm.com</u>

CERTIFICATE OF SERVICE

I hereby certify that this Entry of Appearance was delivered, via the ECF system for the District of Colorado to all parties, this 24th day of January, 2012.

/s/ Miller Leonard