442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States of America<br>v.<br>6. RICHARD W. JOHNSON<br><br>*Defendant* | )<br>)<br>)  Case No.  12-cr-00012-MSK<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Richard W. Johnson                                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Using and Maintaining Drug-Involved Premises, 21 U.S.C. § 856(a)(1) and (2) and (b)
Aiding and Abetting, 18 U.S.C. § 2

Date:  01/09/2012                                                                       s/ M.J. Garcia
                                                                                        *Issuing officer's signature*

City and state:   Denver, CO                                    Gregory C. Langham, Clerk, U.S. District Court
                                                                                        *Printed name and title*

### Return

This warrant was received on *(date)*  1-20-12    , and the person was arrested on *(date)*  1-20-12
at *(city and state)*   Denver, CO                              .

Date:  1-23-12                                                          Brian Miller
                                                                                        *Arresting officer's signature*

                                                                                        Brian Miller - SA
                                                                                        *Printed name and title*