# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
Honorable Macia S. Krieger

Criminal Action No. 12-cr-00010-MSK-6

UNITED STATES OF AMERICA,
Plaintiff,
v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GREGORY A. COLLINS,
4. GEORGE A. GADDY,
5. DELBERT J. GARDNER,
**6. RICHARD W. JOHNSON**,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
9. LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. DARRELL R. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS A. SCHRAH, JR.,
15. JAMES R. SWITZER, and
16. CLIFFORD M. WRIGHT,

Defendants.

---

### DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION FOR PROTECTIVE ORDER, DOCUMENT # 41

---

COMES NOW Richard W. Johnson (Defendant #6; hereinafter Mr. Johnson), by and through counsel, and hereby responds to the government's motion for a

1

protective order as contained in Document #41 as well as the proposed order as found in Document #41-1.   Mr. Johnson, having been appraised of the government's request for a protective order, states the following:

1.  Mr. Johnson does not object to the entry of the proposed order, as contained in Document #41-1.

2.  Mr. Johnson's consent to the entry of the proposed order, Document #41-1, is not an admission that the concerns expressed by the government have merit.

3.  Mr. Johnson consents to the proposed order, Document #41-1, in an effort to obtain any and all discovery available and in order to allow his case and defense to progress in a timely fashion.

4.  Counsel for Mr. Johnson informed the government that while Mr. Johnson does not object to the protective order, his failure to object is not to be construed as an admission.

5. Counsel for the government has indicated that by Mr. Johnson stating he has no objection to the proposed order, the government does not discern any admission of guilt by Mr. Johnson.


DATED at Denver, Colorado this,  <u>31st</u> day of January, 2012.

3

/s/Miller Leonard
Attorney for Defendant
CO Reg. # 41029
1767 Denver West Blvd. Suite A
Golden, CO 80401
303-907-9516
milller@themillerleonardlawfirm.com

CERTIFICATE OF SERVICE

I hereby certify that this Entry of Appearance was delivered, via the ECF system for the District of Colorado to all parties, this 31st day of January, 2012.

/s/ Miller Leonard