IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00010-MSK-06

UNITED STATES OF AMERICA,

    Plaintiff,

1.  GEORGE H. ASKEW,
2.   ROMELL E. BULLOCK,
3.  GREGORY A. COLLINS,
4.  GEORGE A. GADDY,
5.  DELBERT J. GARDNER,
6.  **RICHARD W. JOHNSON**,
7.  SHEPS H. KHAMSAHU,
8.  ERIC LUGO,
9.  LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
13.  COREY L. RILEY,
14.  THOMAS A. SCHRAH, JR.,
15.  JAMES R. SWITZER, and
16.  CLIFFORD M. WRIGHT,

    Defendants.

---

**EMERGENCY GOVERNMENT MOTION FOR AN EVIDENTIARY
HEARING AS A PART OF THE DE NOVO DETERMINATION
OF  REVIEW PURSUANT TO TITLE 18 U.S.C. § 3145**

---

THE UNITED STATES, by United States Attorney John F. Walsh, through the

undersigned Assistant United States Attorney (Government), respectfully files this Emergency

Government Motion for an Evidentiary Hearing as a Part of the De Novo Determination of

Review Pursuant to the Release of Defendant Richard W. Johnson Pending in District Court

Pursuant to Title 18 U.S.C. § 3145 (Motion).  The Government states and represents to the Court that the Government can provide, and here respectfully asks the Court for the opportunity to provide, the Court with testimony not presented to the Magistrate Judge pertinent to the issue of release establishing, *inter alia*: the defendant was arrested on January 20, 2012, with ammunition on his person; that the ammunition matched up with a firearm found on the floor of the Hell's Lovers Motorcycle Club (HLMC); that the defendant explained that he had ammunition for the weapon because he is an "enforcer" for the HLMC; that as part of his duties he is expected to have ammunition for the weapon found on the floor because it was a "clubhouse" weapon; that the defendant is a convicted felon; and that a search warrant at the defendant's residence on January 21, 2012, resulted in the recovery of a loaded short barreled shotgun.

Wherefore, the Government respectfully files this Motion asking for the opportunity to present testimony in support of the Title 18 U.S.C. Section 3145 review requested by the Government on January 26, 2012 (#77).

Respectfully submitted this 2nd day of February 2012.

JOHN F. WALSH
United States Attorney

BY: s/ Guy Till
GUY TILL
Assistant United States Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone:  (303) 454-141
FAX:  (303) 454-0401
E-mail:  Guy.Till@usdoj.gov
Attorney for Government

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 2nd day of February, 2012, I electronically filed the foregoing **EMERGENCY GOVERNMENT MOTION FOR AN EVIDENTIARY HEARING AS A PART OF THE DE NOVO DETERMINATION OF REVIEW PURSUANT TO TITLE 18 U.S.C. § 3145** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

All counsel on record

                By: s/ Lisa Vargas
                LISA VARGAS
                Legal Assistant
                1225 Seventeenth Street, Suite 700
                Denver, Colorado 80202
                Telephone: (303) 454-0100
                Facsimile: (303) 454-0406
                E-mail: Lisa.Vargas@usdoj.gov