IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  12-cr-00010-MSK-06

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  GEORGE H. ASKEW,
2.   ROMELL E. BULLOCK,
3.  GREGORY A. COLLINS,
4.  GEORGE A. GADDY,
5.  DELBERT J. GARDNER,
**6.  RICHARD W. JOHNSON,**
7.  SHEPS H. KHAMSAHU,
8.  ERIC LUGO,
9.  LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
13.  COREY L. RILEY,
14.  THOMAS A. SCHRAH, JR.,
15.  JAMES R. SWITZER, and
16.  CLIFFORD M. WRIGHT,

        Defendants.

_____

**MOTION TO SET HEARING FOR REVIEW OF RELEASE ORDER
AS TO DEFENDANT RICHARD W. JOHNSON
PURSUANT TO TITLE 18 U.S.C. § 3145**
_____

The United States of America, by District of Colorado United States Attorney John F. Walsh, through the undersigned Assistant United States Attorney Guy Till (Government), respectfully informs the Court that Government counsel and Miller Leonard, Esq., attorney for defendant Richard W. Johnson have conferred and Government counsel is authorized to request

the hearing on the issue of the defendant's release or detention pursuant to Title 18 U.S.C. §§ 3142 and 3145 be reset for 9:00 a.m. on Friday, February 10, 2012.  Government Counsel estimates the hearing will take approximately one hour.

Respectfully submitted this 3rd day  February 2012.

    Respectfully submitted,

    JOHN F. WALSH
    United States Attorney

    s/Guy Till
    *Guy Till*
    Assistant United States Attorney
    1225 Seventeenth St., Suite 700
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    Fax: (303) 454-0406
    Email: guy.till@usdoj.gov

## CERTIFICATE OF SERVICE

       I hereby certify that on February 3, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve the pleading on the following:

**Miller M. Leonard**
Miller Leonard, P.C
1767 Denver West Boulevard, Suite A
Golden, CO 80401
303-907-9516
Fax: 303-991-7601
Email: miller@themillerleonardlawfirm.com

                                               s/Annette Dolce
                                               Office of the United States Attorney