DEFENDANT:	12.  CALVIN R. RILEY

YEAR OF BIRTH:	1961

ADDRESS:	Denver, Colorado

COMPLAINT FILED: ____YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? ____YES   __X__ NO

OFFENSE:

Count Nine:	Possession with Intent to Distribute Cocaine
	21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Ten:	Prohibited Person in Possession of Firearm
	18 U.S.C. §§ 922(g)(1), 924(a)(2) and 2

Count Thirty-One:	Conspiracy to Use and Maintain Drug-Involved Premises
	21 U.S.C. §§ 846 and 856(a)(1) and (2) and (b)

Count Thirty-Two:	Using and Maintaining Drug-Involved Premises
	21 U.S.C. § 856(a)(1) and (2) and (b)
	Aiding and Abetting
	18 U.S.C. § 2

Count Thirty-Eight:	Possession with Intent to Distribute Cocaine
	21 U.S.C. § 841(a)(1) and (b)(1)(C)

LOCATION OF OFFENSE:  Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

Count Nine:  Defendant has a prior PCS state felony conviction.  NMT 30 years imprisonment; a fine of NMT $2,000,000.00, or both; NLT 6 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Ten:  NMT 10 years imprisonment; a fine of NMT $250,000.00, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

<u>Count Thirty-One</u>:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 5 years supervised release following any period of imprisonment; and a $100.00 special assessment.

<u>Count Thirty-Two</u>:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

<u>Count Thirty-Eight:</u>  Defendant has a prior PCS state felony conviction.  NMT 30 years imprisonment; a fine of NMT $2,000,000.00, or both; NLT 6 years supervised release following any period of imprisonment; and a $100.00 special assessment.

**NOTICE OF FORFEITURE**

<u>AGENT</u>:       Special Agent Jason Cole
                Alcohol Tobacco and Firearms

<u>AUTHORIZED BY</u>:   Guy Till
                    Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

_____ five days or less      __X__ over five days      _____ other

<u>THE GOVERNMENT</u>

__X__ will seek detention in this case      _____ will **not** seek detention in this case

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:       __X__        Yes      _____ No