DEFENDANT:  13.  COREY L. RILEY

YEAR OF BIRTH: 1969

ADDRESS:   Denver, Colorado

COMPLAINT FILED: _____YES _____X_____ NO

   IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? _____YES _____X_____ NO

OFFENSE:

Count Eleven:   Maintaining Drug-Involved Premises
       21 U.S.C. § 856(a)(1) and (2) and (b)

Count Twelve:   Possession with Intent to Distribute Cocaine
       21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Thirteen:   Possession with Intent to Distribute Cocaine
       21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Fourteen:   Possession with Intent to Distribute Cocaine
       21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Fifteen:   Possession with Intent to Distribute Cocaine
       21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Sixteen:   Possession with Intent to Distribute Cocaine
       21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Seventeen:   Possession with Intent to Distribute Cocaine
        21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Eighteen:   Possession with Intent to Distribute Cocaine
       21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Nineteen:   Possession with Intent to Distribute Cocaine
       21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Twenty:   Possession with Intent to Distribute Cocaine
       21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Twenty-One:   Possession with Intent to Distribute Cocaine
       21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Twenty-Two:                 Possession with Intent to Distribute Cocaine
                                  21 U.S.C. § 841(a)(1) and (b)(1)(C)
                                  18 U.S.C. § 2

Count Twenty-Three:               Possession with Intent to Distribute Cocaine
                                  21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Twenty-Four:                Possession with Intent to Distribute Marijuana
                                  21 U.S.C. § 841(a)(1) and (b)(1)(D)

Count Twenty-Five:                Possessing Firearm in Furtherance of Drug Trafficking Felony
                                  Offense
                                  18 U.S.C. § 924(c)

Count Twenty-Six:                 Possession with Intent to Distribute More than 500 grams of
                                  Cocaine
                                  21 U.S.C. § 841(a)(1) and (b)(1)(B)
                                  18 U.S.C. § 2

Count Tenty-Seven:                Conspiracy to Distribute more than 5 Kilograms of Cocaine
                                  21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A)

Count Thirty-One:                 Conspiracy to Use and Maintain Drug-Involved Premises
                                  21 U.S.C. §§  846 and  856(a)(1) and (2) and (b)

Count Thirty-Two:                 Using and Maintaining Drug-Involved Premises
                                  21 U.S.C. § 856(a)(1) and (2) and (b)
                                  Aiding and Abetting
                                  18 U.S.C. § 2

LOCATION OF OFFENSE:  Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

Count Eleven:  NMT 20 years imprisonment; a fine of NMT $500,000.00, or both; NMT 5 years
supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Twelve:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3
years supervised release following any period of imprisonment; and a $100.00 special
assessment.

Count Thirteen:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Fourteen:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Fifteen:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Sixteen:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Seventeen:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Eighteen:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Nineteen:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Twenty:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Twenty-One:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Twenty-Two:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Twenty-Three:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Twenty-Four:  NMT 5 years imprisonment; a fine of NMT $250,000, or both; NLT 2 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Twenty-Five:  NLT 5 years imprisonment, consecutive to any other sentence; a fine of NMT $250,00.00, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Twenty-Six:  NLT 5 years, NMT 40 years imprisonment; a fine of NMT $5,000,000.00, or both; NLT 4 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Twenty-Seven:  NLT 10 years, NMT life imprisonment; a fine of NMT $10,000,000.00, or both; NLT 5 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Thirty-One:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 5 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Thirty-Two:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

## NOTICE OF FORFEITURE

AGENT:         Special Agent Jason Cole
               Alcohol Tobacco and Firearms

AUTHORIZED BY:  Guy Till
                Assistant U.S. Attorney


ESTIMATED TIME OF TRIAL:

_____ five days or less     __X__ over five days     _____ other


THE GOVERNMENT

  __X__ will seek detention in this case     _____ will **not** seek detention in this case


The statutory presumption of detention is applicable to this defendant.

4

OCDETF CASE:      X      Yes _____ No