IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   12-cr-00010-MSK-06

UNITED STATES OF AMERICA,

          Plaintiff,

v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GREGORY A. COLLINS,
4. GEORGE A. GADDY,
5. DELBERT J. GARDNER,
6. **RICHARD W. JOHNSON**,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
9. LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. DARRELL R. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS A. SCHRAH, JR.,
15. JAMES R. SWITZER, and
16. CLIFFORD M. WRIGHT,

          Defendants.

___

## GOVERNMENT'S PROPOSED EXHIBIT LIST

The United States of America, by and through John F. Walsh, United States Attorney for the District of Colorado, and undersigned counsel, hereby submits its proposed exhibit list for the Detention Hearing scheduled in this matter for February 10, 2012, at 9:00 a.m.

Respectfully submitted this 9th day of February, 2012.

                    JOHN F. WALSH
                    United States Attorney

By:   *s/ Guy Till*
        GUY TILL
        Assistant United States Attorney
        U.S. Attorney's Office
        1225 17th St., Suite 700
        Denver, CO  80202
        Telephone: (303) 454-0100
        Fax:  (303) 454-0409
        E-mail:  Guy.Till@usdoj.gov
        Attorney for the Government

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 9th day of Febuary, 2012, I electronically filed the foregoing **GOVERNMENT'S PROPOSED EXHIBIT LIST** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

All counsel on record

            By: s/ Lisa Vargas
            LISA VARGAS
            Legal Assistant
            1225 Seventeenth Street, Suite 700
            Denver, Colorado 80202
            Telephone: (303) 454-0100
            Facsimile: (303) 454-0406
            E-mail: Lisa.Vargas@usdoj.gov