EXHIBIT LIST OF _____ Government _____   CASE NUMBER _____ 12-cr-00010-MSK _____

CASE CAPTION _____ United States of America _____   v.   _____ Richard Johnson _____ ( George Askew, et al. ) _____

In Civil Cases, List All Exhibits Jointly and by Number (1, 2, 3, etc.)

In Criminal Cases, List Government's Exhibits by Number (1, 2, 3, etc.) and Defendant's Exhibits by Letter (A, B, C, etc.)

| EXHIBIT | WITNESS | BRIEF DESCRIPTION | STIPULATION | OFFERED | ADMITTED | REFUSED | COMMENTS |
|---|---|---|---|---|---|---|---|
| 1. | | Photograph - Posted Warning - Hell's Lovers Motorcycle Club Clubhouse; 4100 Garfield St., Denver | | | | | |
| 2. | | Photograph - Hell's Lovers Motorcycle Club Fully patched Member's vest worn by R. Johnson at the January 20, 2012 member's meeting | | | | | |
| 3. | | Photograph - High Standard, Sentinel Mark IV .22 caliber handgun recovered from the Hell's Lovers Motorcycle Club clubhouse during the execution of an ATF Federal Search Warrant 20 January 2012 | | | | | |
| 4. | | Photograph - CCI .38 caliber ammunition, recovered from the Hell's Lovers Motorcycle Club clubhouse during the execution of an ATF Federal Search Warrant 20 January 2012 | | | | | |
| 5. | | ATF report of investigation 233 concerning the consensual interview of Richard Johnson, aka "Supa" on 20 January 2012 following the execution of the ATF Federal Search Warrant at the clubhouse | | | | | |
| 6. | | ATF report of investigation 224 detailing the results of the Federal Search Warrant executed at the residence of Richard Johnson on 21 January 2012 | | | | | |
| 7. | | Photograph - loaded 12 gauge "sawed off" shotgun, serial number removed, handle taped, recovered during the search of Johnson's residence | | | | | |

| EXHIBIT | WITNESS | BRIEF DESCRIPTION | STIPULATION | OFFERED | ADMITTED | REFUSED | COMMENTS |
|---------|---------|-------------------|-------------|---------|----------|---------|----------|
| 8. | | Photograph - Ithaca model 37, 12 gauge "sawed off" shotgun with 4 Winchester shells, found loaded in the weapon | | | | | |
| 9. | | Photograph - box containing 10 rounds of Winchester 12 gauge ammunition located during the search of R. Johnson's residence | | | | | |
| 10. | | Photograph -  closet interior where green cloth bag containing assorted gauges and types of ammunition was found during search of home | | | | | |
| 11. | | Photograph - interior of green bag containing various types of ammunition; 168 rounds of various calibers, including 9mm Luger  rounds | | | | | |
| 12. | | Photograph - 31 rounds of CCI .22 gauge ammunition recovered during the search of the home. | | | | | |
| 13. | | ATF report of investigation 235 detailing the Interstate Nexus determination for weapons recovered during the execution of Federal Search Warrants at the residence of R. Johnson and the Hell's Lovers Motorcycle Club Clubhouse | | | | | |
| 14. | | Photograph - Identification photograph of Richard Johnson | | | | | |
| 15. | | 5 January 2012 CBI Criminal History query results run by SA Jason Cole concerning R Johnson, aka Richard Malone | | | | | |
| 16. | | 5 January 2012 Criminal History query results run by SA Jason Cole; response details criminal activity in the state of Illinois | | | | | |
| 17. | | 06 January 2012 certified Judgment of Conviction for 1998 Domestic Violence in Adams County Court, Colorado [1998M2703] | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Comments |
|---|---|---|---|---|---|---|---|
| 18. | | Court record summary for 1998M2703, Domestic Violence matter in Adams County Court, Colorado | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |