IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | Deborah Hansen | Date: February 10, 2012 |
| Court Reporter: | Paul Zuckerman | |

Criminal Action No.   12-cr-00010-MSK-6

*Parties*:                                                                  *Counsel*:

UNITED STATES OF AMERICA,                      Guy Till

       Plaintiff,

v.

6. RICHARD W. JOHNSON,                            Miller Leonard

       Defendant.

COURTROOM MINUTES

Detention Hearing

09:05 a.m.   Court in session.

Appearances

Defendant is present and in custody.

Court's comments

Argument by Mr. Till

The Government offers Exhibits 1 through 18 for purposes of this hearing.  The defense does not object.

**ORDERED:   Exhibits 1 through 18 are received for purposes of this hearing.**

Argument by Mr. Leonard

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

Response Argument by Mr. Till

Colloquy between the Court and Mr. Till

09:45 Court in recess
10:00 Court in session

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:** **The defendant will remain in detention and there will be no conditions imposed allowing his release.**

**ORDER:** **Defendant is remanded to the custody of the United States Marshal**.

**10:20 a.m.** **Court in recess.**

**Total Time: 60 minutes**
**Hearing concluded.**

Clerk's Note: Original exhibits returned to Mr. Till