## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Honorable Marcia S. Kriger

Criminal Action No. 12-cr-00010-MSK-6

UNITED STATES OF AMERICA,
Plaintiff,
v.


1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GREGORY A. COLLINS,
4. GEORGE A. GADDY,
5. DELBERT J. GARDNER,
**6. RICHARD W. JOHNSON**,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
9. LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. DARRELL R. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS A. SCHRAH, JR.,
15. JAMES R. SWITZER, and
16. CLIFFORD M. WRIGHT,

Defendants.

_____

## NOTICE OF DISPOSITION
_____

Notice is hereby given that a disposition has been reached in the above captioned

case.

1

DATED at Denver, Colorado this, <u>1st</u> day of MARCH, 2012.

<u>/s/Miller Leonard</u>
Attorney for Defendant
CO Reg. # 41029
1767 Denver West Blvd. Suite A
Golden, CO 80401
303-907-9516
[milller@themillerleonardlawfirm.com](mailto:milller@themillerleonardlawfirm.com)

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this Entry of Appearance was delivered, via the ECF system for the District of Colorado to all parties, this 1st day of March, 2012.

<u>/s/ Miller Leonard</u>