IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Honorable Marcia S. Krieger

Criminal Action No. 12-cr-00010-MSK-6

UNITED STATES OF AMERICA,
Plaintiff,
v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GREGORY A. COLLINS,
4. GEORGE A. GADDY,
5. DELBERT J. GARDNER,
**6. RICHARD W. JOHNSON**,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
9. LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. DARRELL R. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS A. SCHRAH, JR.,
15. JAMES R. SWITZER, and
16. CLIFFORD M. WRIGHT,

Defendants.

___

NOTICE OF DISPOSITION
___

Notice is hereby given that a disposition has been reached in the above captioned

case on behalf of Richard W. Johnson, Defendant #6.

1

DATED at Denver, Colorado this,  1st day of MARCH, 2012.

/s/Miller Leonard
Attorney for Defendant
CO Reg. # 41029
1767 Denver West Blvd. Suite A
Golden, CO 80401
303-907-9516
milller@themillerleonardlawfirm.com

CERTIFICATE OF SERVICE

I hereby certify that this Entry of Appearance was delivered, via the ECF system for the District of Colorado to all parties, this 1st day of March, 2012.

/s/ Miller Leonard

2