IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Honorable Marcia S. Krieger

Criminal Action No. 12-cr-00010-MSK-6

UNITED STATES OF AMERICA,
Plaintiff,
v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GREGORY A. COLLINS,
4. GEORGE A. GADDY,
5. DELBERT J. GARDNER,
**6. RICHARD W. JOHNSON**,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
9. LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. DARRELL R. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS A. SCHRAH, JR.,
15. JAMES R. SWITZER, and
16. CLIFFORD M. WRIGHT,

Defendants.

___

REQUEST TO BE EXCUSED FROM MARCH 16, 2012 HEARING
___

1. Defendant Richard W. Johnson (#6) filed his Notice of Disposition on March 1, 2012. Although Defendant Johnson had filed a Motion to Continue the trial setting, the Notice of Disposition makes such request moot.

2.  The Court, in Document 289, converted the previously set trial conference to a motions hearing, with the date of March 16, 2012 and a time of 4:00 p.m.

3.  Defendant Johnson (#6) requests to be excused from the March 16, 2012 hearing for the reasons stated in this request.

DATED at Denver, Colorado this,  <u>12th </u>day of MARCH, 2012.

<u>/s/Miller Leonard</u>
Attorney for Defendant
CO Reg. # 41029
1767 Denver West Blvd. Suite A
Golden, CO 80401
303-907-9516
milller@themillerleonardlawfirm.com

CERTIFICATE OF SERVICE

I hereby certify that this Entry of Appearance was delivered, via the ECF system for the District of Colorado to all parties, this 12th day of March, 2012.

<u>/s/ Miller Leonard</u>

2