**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Bernique Abiakam         Date:        June 12, 2012
Court Reporter:        Paul Zuckerman

Criminal Action No. 12-cr-00010-MSK-6

*Parties*:                                                        *Counsel*:

UNITED STATES OF AMERICA,                    Guy Till

       Plaintiff,

v.

6.   RICHARD W. JOHNSON,                         Miller M. Leonard

       Defendant.

---

**ARRAIGNMENT AND CHANGE OF PLEA HEARING**

---

**4:11 p. m.**     **Court in session.**

Court calls case.  Appearances of counsel.  Defendant present in custody.  Also present, Jason Cole, ATF Agent.

Discussion regarding Defendant's charge.

**ORDER:**    **Today's hearing shall be reset.  Counsel shall go to Chambers to obtain another date for a Change of Plea Hearing.  Prior to that date, a new proposed plea agreement will need to be filed.**

**ORDER:**    Defendant is remanded to the custody of the United States Marshal.

**4:16 p. m.**     **Court in recess.**
**Hearing concluded.**
**Total Time: 5 minutes.**