**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   LaDonne Bush        Date:        June 15, 2012
Court Reporter:       Paul Zuckerman

Criminal Action No. 12-cr-00010-MSK-6

*Parties*:                                              *Counsel*:

UNITED STATES OF AMERICA,                Guy Till

            Plaintiff,

v.

6.  RICHARD W. JOHNSON,                    Miller M. Leonard

            Defendant.

---

**ARRAIGNMENT AND CHANGE OF PLEA HEARING**

---

**1:34 p.m.        Court in session.**

Defendant present in custody.

Defendant is arraigned on Counts 32 and 35 of the First Superseding Indictment.  Defendant pleads guilty to Counts 32 and 35 of the First Superseding Indictment.

Defendant sworn.

Defendant advised regarding:

    1)        The Plea Agreement;
    2)        The maximum and minimum penalties, terms and conditions of supervised release, restitution, probation and/or forfeiture;
    3)        The objectives and factors in 18 U.S.C. §3553(a).

The Court explains defendant's right to a trial by jury and other constitutional rights and confirms that the defendant desires to waive such rights.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2


Government's oral motion by Mr. Till to dismiss the remaining counts in the First Superseding Indictment as to this defendant and all counts in the original Indictment against this defendant. The defendant has no objection.

Oral findings are made of record.

**ORDER:**      Government's oral motion to dismiss the remaining counts in the First Superseding Indictment as to this defendant and all counts in the original Indictment against this defendant is granted.  The effect of this order is stayed until time of sentencing.

**ORDER:**      Plea Agreement and Statement by Defendant in Advance of Plea of Guilty (Court Exhibits 1 and 2) are received**.**

**ORDER:**      Defendant's plea is accepted and defendant is adjudged guilty as charged in Counts 32 and 35 of the First Superseding Indictment (Doc. 180).

**ORDER:**      Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Cr.P.32. Defendant, with the assistance of counsel, shall participate in the presentence investigation and shall cooperate fully with the probation department.

**ORDER:**      Sentencing hearing previously set at 9:00 a.m. on September 17, 2012 in Courtroom A901, 901 19th Street, Denver, CO.

**ORDER:**      Defendant Johnson's (Defendant #6) Unopposed Motion to Exclude Four Months from the Speedy Trial Act, Vacate Deadlines and Vacate Trial Date (Doc. 203) is denied as moot.

**ORDER:**       Defendant is remanded to the custody of the United States Marshal through the sentencing hearing.

**2:17 p.m.**      **Court in recess.**


**Total Time: 00:43**
**Hearing concluded.**