IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00010-MSK-06

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6.  RICHARD W. JOHNSON,

    Defendant.

---

**UNOPPOSED GOVERNMENT'S MOTION FOR CONTINUANCE
OF SENTENCING DATE FOR APPROXIMATELY 90 DAYS**

---

    The United States, through United States Attorney John F. Walsh and the undersigned Assistant United States Attorney, following communications with Miller Leonard, Esq., counsel for Defendant Richard W. Johnson in this matter, respectfully files this Unopposed Motion to Continue the Sentencing Date for Approximately 90 days and as grounds therefor states:

    1.  This defendant is set for sentencing hearing on September 17, 2012, at 9:00 a.m.

    2.  The Government requests a continuance in order to allow the defendant an opportunity to attend and render testimony at a trial presently set to begin in October, 2012.  It is anticipated the defendant will be called as a witness to provide evidence and information as appropriate.  A continuance of the sentencing date may assist the Court

to evaluate the full measure of related cooperation with respect to a possible U.S.S.G. § 5K1.1 motion which may be filed by the Government at or before sentencing.

3.  The Government also respectfully submits that related developments in the cases of other defendants, which are expected to take place with the next two months, will be likely to have significance for the extent of any Government motion under Section 5K1.1 and the outcome of the defendant's sentence in the present matter.

4.  The defendant is being detained without bond pursuant to Title 18 U.S.C. Sections 3142 and 3143 following entry of his pleas of guilty to charges in this case.

5.  The defense does not oppose the Government's request for a continuance of the sentencing hearing date.

WHEREFORE, the government respectfully asks the Court to vacate the currently set sentencing hearing date and direct counsel to contact the professional staff of the Courtroom by telephone in the next two weeks and set a new sentencing hearing date approximately 90 days after the current date set for sentencing.

JOHN F. WALSH
UNITED STATES ATTORNEY
DISTRICT OF COLORADO

By: s/ Guy Till
GUY TILL
Assistant United States Attorney
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado  80202
Phone:  (303) 454-0100
Fax: (303) 454-0401
Email:  Guy.Till@usdoj.gov
Attorney for the Government

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on this 29th day of August, 2012, I electronically filed the foregoing **UNOPPOSED GOVERNMENT'S MOTION FOR CONTINUANCE OF SENTENCING DATE FOR APPROXIMATELY 90 DAYS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following individuals:

    Miller Leonard, Esq., and all other counsel of record in this case

                                    By: <u>s/ *Lisa Vargas*</u>
                                    LISA VARGAS
                                    Legal Assistant
                                    1225 Seventeenth Street, Suite 700
                                    Denver, Colorado 80202
                                    Telephone:  (303) 454-0100
                                    Facsimile:  (303) 454-0409
                                    E-mail: Lisa.Vargas@usdoj.gov