IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00010-MSK-1

UNITED STATES OF AMERICA,
Plaintiff,
v.

#6 RICHARD W. JOHNSON
Defendant.

---

### UNOPPOSED MOTION FOR ADDITIONAL TIME TO ALLOW DEFENDANT TO RESPOND TO THE PRESENTENCE REPORT

---

COMES NOW defendant, Richard Johnson (#6), by and through counsel, and hereby requests additional time to respond to the Presentence Report. In support of this request, defendant states the following:

1. On August 15, 2012 a Presentence Report was filed (Doc. #599).

2. Pursuant to Rule 32 (f) of the Federal Rules of Criminal Procedure, the date by which defendant Johnson (#6) is to respond or file any objections to the Presentence Report is August 30, 2012.

3. On August 28, 2012 counsel met with defendant Johnson (#6) and he indicated

that he had not yet received a copy of the Presentence Report.  A copy has been delivered and is, upon information and belief, making its way through the proper channels for delivery to defendant Johnson (#6).

4. In order to ensure that defendant Johnson (#6) has ample time to review the Presentence Report and to confer with counsel, it is the request of defendant Johnson (#6) that he be granted an additional ten (10) days from August 30, 2012 in which to respond to the Presentence Report.

5.  The government is not opposed to this request.

6.  The September 17, 2012 sentencing date has been vacated by the Court  (Doc. #612) and, as a result, no party is prejudiced by allowing defendant Johnson an additional ten (10) days from August 30, 2012 in which to file any responses or objections to the Presentence Report (Doc. #599).

WHEREFORE,   for the reasons stated herein, defendant Johnson (#6) prays the Court will grant an additional ten (10) days from August 30, 2012 in which he may file any objections or responses to the Presentence Report (Doc. #599).

DATED at Denver, Colorado this, <u>29th</u> day of August, 2012.

<u>/s/Miller Leonard</u>
Attorney for Defendant
CO Reg. # 41029
1767 Denver West Blvd. Suite A
Golden, CO 80401
303-907-9516
<u>millller@themillerleonardlawfirm.com</u>

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this Entry of Appearance was delivered, via the ECF system for the District of Colorado to all parties, this 29th day of August, 2012.

<u>/s/ Miller Leonard</u>