IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  12-cr-00010-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**6.   RICHARD W. JOHNSON**,

       Defendant.

### ORDER TO RESTRICT DOCUMENT NO. 658

This matter is before the Court on the Government's Motion to Restrict Document No. 658.  Upon consideration and for good cause shown,

IT IS ORDERED that Document No. 658 and the United States' Brief in Support of Motion to Restrict Document No. 658, as well as any order revealing the contents of that document, are hereby restricted until further order by the Court.

IT IS ORDERED that Document No. 658 shall be restricted to a "Level 2" and will be "viewable by selected parties & court" only.

IT IS SO ORDERED on this ____ day of September, 2012.

                          MARCIA S. KRIEGER, JUDGE
                          UNITED STATES DISTRICT COURT
                          DISTRICT OF COLORADO