# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00010-MSK-1

UNITED STATES OF AMERICA,
Plaintiff,
v.

#6 RICHARD W. JOHNSON
Defendant.

---

## NOTICE OF CHANGE OF ADDRESS

---

PLEASE TAKE notice that counsel's address has changed to the following:

14143 Denver West Parkway, Suite 100
Golden, CO 80401

DATED at Denver, Colorado this, 22nd day of October, 2012.

/s/Miller Leonard
Attorney for Defendant
CO Reg. # 41029
14143 Denver West Parkway,
Suite 100
Golden, CO 80401
303-907-9516
milller@themillerleonardlawfirm.com

CERTIFICATE OF SERVICE

I hereby certify that this Entry of Appearance was delivered, via the ECF system for the District of Colorado to all parties, this 22nd day of October, 2012.

/s/ Miller Leonard