IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00010-MSK-06

UNITED STATES OF AMERICA,
Plaintiff,
v.

#6 RICHARD W. JOHNSON
Defendant.

---

UNOPPOSED MOTION TO CONTINUE SENTENCING DATE

---

COMES NOW Richard W. Johnson (#6) (hereinafter defendant), defendant, by and through counsel, and hereby moves the Court to continue his sentencing date, currently scheduled for January 28, 2013 at 1:30 p.m. In support of this request, defendant states the following:

1. The United States Attorney, by and through Assistant United States Attorney Guy Till, is not opposed to continuing the January 28, 2013 sentencing date.

2. Defendant has not been physically located in the District of Colorado for a

number of months[1]; he is, upon information and belief, currently located at FTC Oklahoma[2].

3. Counsel requires time to meet with defendant prior to any sentencing. Due to the location of the defendant, counsel has been unable to meet with defendant for a number of months. As a result of defendant's absence from the jurisdiction, counsel has been unable to meet with, discuss, and go over sentencing arguments and issues that have arisen since the guilty plea. This inability to meet with defendant means that counsel has been unable to go over any variant sentencing motions/request with defendant, or to make sure that defendant is properly prepared for allocution, among other issues.

4. Two co-defendant's have not plead guilty or entered a disposition in this case: Mr. Collins (#3) and Mr. Gaddy (#4). Both the government and defendant request that this matter be set for sentencing at a date which will allow the parties to determine what course Mr. Collins and Mr. Gaddy will pursue.

5. The government is not prejudiced by this request, however, defendant is prejudiced if he would have to proceed to sentencing on January 28, 2013.

---

[1] Defendant was moved to the Eastern District of Missouri where he was a witness in a criminal trial. The transportation to and from the Eastern District of Missouri is on-going. At present, neither the government nor counsel for the defendant know when defendant will be physically present in the District of Colorado.

[2] Counsel checked BOP Inmate Locator on January 15, 2013 and it indicated that defendant was located at FTC Oklahoma.

DATED at Denver, Colorado this, <u>15th</u> day of January, 2013.

<u>/s/Miller Leonard</u>
Attorney for Defendant
CO Reg. # 41029
14143 Denver West Pkwy. Suite 100
Golden, CO 80401
303-907-9516
<u>millller@themillerleonardlawfirm.com</u>

## CERTIFICATE OF SERVICE

I hereby certify that this document was delivered, via the ECF system for the District of Colorado to all parties, this 15th day of January, 2013.

<u>/s/ Miller Leonard</u>