IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00010-MSK-06

UNITED STATES OF AMERICA,

  Plaintiff,

v.

6. RICHARD W. JOHNSON,

  Defendant.

## UNOPPOSED GOVERNMENT'S MOTION FOR CONTINUANCE OF SENTENCING DATE

  The United States, through United States Attorney John F. Walsh and the undersigned Assistant United States Attorney, following communications with Miller Leonard, Esq., counsel for Defendant Richard W. Johnson in this matter, respectfully files this Unopposed Motion to Continue the Sentencing Date and as grounds therefor states:

  1. This defendant is set for sentencing hearing on May 1, 2013 at 9:00 a.m.

  2. The Government requests a continuance of the sentencing date until a date in June 2013 in order to allow the defendant an opportunity to attend and render testimony at a possible trial for a co-defendant who withdrew the Notice of Disposition once filed on his behalf in this matter.  That co-defendant is set for a competency hearing in May.  If said co-defendant proceeds to trial, it is anticipated defendant Johnson will be called as a witness to provide evidence and information as appropriate.

A continuance of the sentencing date may assist the Court to evaluate the full measure of related cooperation with respect to a possible U.S.S.G. §5K1.1 motion which may be filed by the Government at or before sentencing.

     3.  The defendant is being detained without bond pursuant to Title 18 U.S.C. Sections 3142 and 3143 following entry of his pleas of guilty to charges in this case.

     4.  Because of the terms of the defendant's Plea Agreement calling for cooperation as to scheduling, the defense does not oppose the Government's request for a continuance of the sentencing hearing date.

     WHEREFORE, the government respectfully asks the Court to vacate the currently set sentencing hearing date and direct counsel to contact the professional staff of the Courtroom by telephone in the next two weeks and set a new sentencing hearing date.

     Respectfully Submitted,

     JOHN F. WALSH
     United States Attorney

     By: s/ Guy Till
     GUY TILL
     Assistant United States Attorney
     U.S. Attorney's Office
     1225 17th Street, Suite 700
     Denver, Colorado  80202
     Telephone:  (303) 454-0100
     Fax:  (303) 454-0401
     Email:  Guy.Till@usdoj.gov
     Attorney for the Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of April, 2013, I electronically filed the **UNOPPOSED GOVERNMENT'S MOTION FOR CONTINUANCE OF SENTENCING DATE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

> By: s/ Lisa Tibbetts
> LISA TIBBETTS
> Legal Assistant
> 1225 Seventeenth Street, Suite 700
> Denver, Colorado 80202
> Telephone: (303) 454-0100
> Fax: (303) 454-0409
> E-mail: Lisa.Tibbetts@usdoj.gov