# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Honorable Marcia S. Krieger

Criminal Action No. 12-cr-00010-MSK-6

UNITED STATES OF AMERICA,
Plaintiff,
v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GREGORY A. COLLINS,
4. GEORGE A. GADDY,
5. DELBERT J. GARDNER,
**6. RICHARD W. JOHNSON**,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
9. LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. DARRELL R. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS A. SCHRAH, JR.,
15. JAMES R. SWITZER, and
16. CLIFFORD M. WRIGHT,

Defendants.

---

## DEFENDANT'S REQUEST FOR ADDITIONAL TIME TO MAKE A VARIANT SENTENCING ARGUMENT

---

1. Defendant is scheduled for sentencing on July 17, 2013.

2. Defendant has been informed by the government that the government will be

filing a motion for a non-guideline sentence as contemplated by the plea agreement.

3. The government has indicated that they are filing their motion today, June 3, 2013, or as soon thereafter as possible

4. The plea agreement allows for defendant to argue for a variant sentence.

5. D.C.COLO.LCrR 26.2 (C) requires the defense to file a variant sentencing request within 14 days before sentencing.

6. While defendant intends to file a variant sentencing request, as well as respond to any government motion for a non-guideline sentence, in order for the defendant to make a comprehensive sentencing argument it is necessary for defendant to review and analyze the government's sentencing request. This is made even more critical since one count has a mandatory sentence attached.

7. Defendant requests that he be allowed to file both his variant sentencing request and response to the government's non-guideline sentence up until June 10, 2013.

7. The government does not object to this request.

DATED at Denver, Colorado this, <u>3rd</u> day of July, 2012.

<u>/s/Miller Leonard</u>
Attorney for Defendant
CO Reg. # 41029
14143 Denver West Pkwy. Suite 100
Golden, CO 80401
303-907-9516
milller@themillerleonardlawfirm.com

2

CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion was delivered, via the ECF system for the District of Colorado to all parties, this 3rd day of July, 2013.

/s/ Miller Leonard