## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Criminal Case No. 12-cr-00010-MSK-06**

**UNITED STATES OF AMERICA,**

   **Plaintiff,**

**v.**

**6.  RICHARD W. JOHNSON,**

   **Defendant.**

_____

## GOVERNMENT'S § 5K1.1 AND § 3553(e) MOTION
## FOR DOWNWARD DEPARTURE BASED ON SUBSTANTIAL ASSISTANCE
_____

THE UNITED STATES, by United States Attorney John F. Walsh, through Assistant United States Attorney Guy Till (Government), pursuant to Title 18 U.S.C. § 3553(e) and United States Sentencing Guidelines § 5K1.1, hereby submits this Motion for reduction of the Defendant's sentence because of substantial assistance rendered to law enforcement in the prosecution or investigation of criminal activity by other persons.  As grounds, the Government respectfully states as follows:

Defendant Richard W. Johnson has appeared and met to be debriefed with staff of the office of the United States Attorney for the District of Colorado, staff of the office of the United States Attorney for the Eastern District of Missouri, ATF Special Agents, and Task Force Officers.  The defendant has provided truthful and useful information to investigators.  The Defendant appeared and testified truthfully at trial in the Eastern District of Missouri.  The trial in Missouri involved members of an outlaw motorcycle gang charged with RICO predicate crimes allegedly including homicide, armed robbery,

attempted murder, and attempted assault.  Prosecutors in the Missouri case have indicated that evidence at the Missouri trial disclosed four homicides.  Prosecutors in the Missouri case indicate further investigation has disclosed six additional homicides linked to the outlaw motorcycle gang brought to trial in Missouri.  Reportedly, the leader of the outlaw motorcycle gang has made threats against the case agent and prosecutor in Missouri and has implied harm may come to the United States District Court Judge in his case.  Federal prosecutors in the Missouri case indicate the Defendant was a thoughtful and honest witness.  Federal prosecutors in the Missouri case describe the Defendant's testimony as important.  The Defendant has indicated he would testify to the best of his ability at trial in Colorado and elsewhere if called upon to do so.

Based on the Defendant's substantial assistance to law enforcement in Colorado and Missouri, the Government respectfully requests a 49 % downward departure from the otherwise applicable Sentencing Guidelines range for Count Thirty-Two, Using and Maintaining Drug-Involved Premises,  and from the five year statutory minimum mandatory sentence for Possession of a Firearm in Furtherance of a Drug Trafficking Felony resulting from Count Thirty-Five of the First Superseding Indictment.  *See United States v. A.B.*, 529 F.3d 1275, 1281-82 (2008).

The Government respectfully enters this Motion asking the Court to depart downward and impose upon defendant a reduced sentence, pursuant to Title 18 U.S.C. § 3553(e) and United States Sentencing Guidelines § 5K1.1, including a term of 6 months of imprisonment on Count Thirty-Two, to be followed by a consecutive term of 30 months of imprisonment on Count Thirty-Five, followed by 2 years of supervised

release to be served concurrently.  There is a $100.00 special assessment on each

count of conviction.

Respectfully submitted this 8th day of July 2013.

JOHN F. WALSH
United States Attorney

By:  s/*Guy Till*
GUY TILL
Assistant United States Attorney
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone:  (303) 454-0207
Fax:  (303) 454-0401
Email: Guy.Till@usdoj.gov
Attorney for Government

## CERTIFICATE OF SERVICE

I certify that on this 8th day of July, 2013, I electronically filed the foregoing **GOVERNMENT'S § 5K1.1 AND § 3553(e) MOTION FOR DOWNWARD DEPARTURE BASED ON SUBSTANTIAL ASSISTANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

By:  *s/Lisa Tibbetts*
LISA TIBBETTS
Legal Assistant
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone:  (303) 454-0100
FAX:  (303) 454-0409
E-mail: Lisa.Tibbetts@usdoj.gov