# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CHIEF JUDGE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: July 17, 2013 |
| Court Reporter: | Terri Lindblom | |
| Probation Officer: | Matthew Farwell | |

Criminal Action No. 12-cr-00010-MSK

*Parties*:                                                    *Counsel*:

UNITED STATES OF AMERICA,                Guy Till

     Plaintiff,

v.

RICHARD W. JOHNSON,                           Miller Leonard

     Defendant.

---

## SENTENCING MINUTES
---

**10:18 a.m.**     **Court in session**.

Defendant present in custody.

**Change of Plea Hearing on June 15, 2012.  Defendant pled guilty to Counts 32 and 35 of the First Superseding Indictment.**

The Court addresses the Motion for Forfeiture **(Doc. #831)**

**ORDER:**     The Government's Forfeiture Motion **(Doc. #831)** is **DENIED** as moot.

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The defendant **does** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.  Argument.

The Government **does** request departure **(Doc. #904)**.  Argument.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).  Argument.

The hearing will be continued to allow counsel to research and file briefs on the matter addressed on the record.

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

**ORDER:**   The parties will file simultaneous brief by **August 16, 2013.**  The Sentencing Hearing is continued to **September 23, 2013 at 11:00 a.m.**, in Courtroom A901, 901 19th Street, Denver, CO.

**ORDER:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**11:07 a.m.**   **Court in recess.**

Total Time:   49 minutes.
Hearing continued.