IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-CR-00010-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RICHARD W. JOHNSON,

    Defendant.

_____

**REPORTER'S TRANSCRIPT**
(Hearing on Change of Plea)

_____

    Proceedings before the HONORABLE MARCIA S. KRIEGER, Judge, United States District Court for the District of Colorado, commencing at 4:10 p.m., on the 12th day of June, 2012, in Courtroom A901, United States Courthouse, Denver, Colorado.

**APPEARANCES**

    GUY TILL, Assistant U.S. Attorney, 1225 17th Street, Suite 700, Denver, Colorado, 80202, appearing for the plaintiff.

    MILLER LEONARD, Attorney at Law, 14143 Denver West Parkway, Suite 100, Golden, Colorado, 80401, appearing for the defendant.

Proceeding Recorded by Mechanical Stenography, Transcription Produced via Computer by Paul Zuckerman, 901 19th Street, Room A259, Denver, Colorado, 80294, (303) 629-9285

|   |   |
|---|---|
| 1 | **PROCEEDINGS** |
| 2 | (In open court at 4:10 p.m.) |
| 3 | *THE COURT:* Please be seated. |
| 4 | The Court is convened this afternoon in Case |
| 5 | No. 12-cr-10, which is encaptioned for purposes of today's |
| 6 | hearing as the United States of America vs. Richard W. Johnson. |
| 7 | The matter is set down for a change in plea.  Could I |
| 8 | have entries of appearance, please. |
| 9 | *MR. TILL:* Good afternoon, your Honor.  Your Honor, |
| 10 | I'm Guy Till.  I'm an assistant U.S. attorney, representing the |
| 11 | Government this afternoon.  Also present at the table to assist |
| 12 | me is ATF Special Agent Jason Cole. |
| 13 | *THE COURT:* Good afternoon and welcome. |
| 14 | *MR. TILL:* Thank you, your Honor. |
| 15 | *MR. LEONARD:* Good afternoon, your Honor.  My name is |
| 16 | Miller Leonard.  I represent Richard Johnson, who is the |
| 17 | defendant in this case.  Mr. Johnson appears in person and in |
| 18 | custody. |
| 19 | *THE COURT:* Good afternoon and welcome to you as well. |
| 20 | Are you all ready to proceed? |
| 21 | *MR. LEONARD:* Yes, your Honor, we are. |
| 22 | *MR. TILL:* Yes, your Honor. |
| 23 | *THE COURT:* Mr. Leonard, would you and your client |
| 24 | please approach the lectern. |
| 25 | *MR. LEONARD:* We will. |

1        *THE COURT:*  This matter is before the Court for a
2   change in the defendant's plea, for re-arraignment pursuant to
3   Rule 10, and for consideration of and advisement with regard to
4   the parties' plea agreement in accordance with Rule 11, both of
5   the Federal Rules of Criminal Procedure.
6        The record reflects that the defendant was charged in
7   an indictment filed with this court on January 9, 2012.  He was
8   charged in Count 32 of the indictment.  There was a superseding
9   indictment filed.
10       Mr. Till, what indictment are you working off of?
11       *MR. TILL:*  Your Honor, we're going with the first
12  superseding indictment.  The indictment that was returned on
13  February 6, 2012, your Honor.
14       *THE COURT:*  All right.  So the plea agreement will be
15  based on that one?
16       *MR. TILL:*  Yes, your Honor.
17       *THE COURT:*  Okay.  It's found at Docket No. 180.
18       *MR. TILL:*  It is, your Honor.  180.
19       *THE COURT:*  And is it the Government's view that that
20  supersedes, then, the prior indictment?
21       *MR. TILL:*  Yes, your Honor, for the purposes of this
22  defendant in this case, it does.  And I will ask the Court to
23  dismiss the original indictment and the remaining counts of the
24  superseding indictment as to Mr. Johnson after the Court
25  accepts his pleas, your Honor.

```
 1              THE COURT:  All right.  Thank you.
 2              In the superseding indictment, he was charged with
 3    Counts 32, 34, 35, 36, and 37.
 4              MR. TILL:  Your Honor, he was also charged in
 5    Count 31.
 6              THE COURT:  It's not reflecting that.
 7              MR. TILL:  I'm sorry.  I've made a mistake, your
 8    Honor.
 9              THE COURT:  Let me pull it up and look and see.
10              MR. TILL:  Your Honor, he's not listed in Count 31.
11              THE COURT:  I think you're right.  I don't see him
12    there.
13              Mr. Johnson entered a plea of not guilty to the
14    charges brought against him, and I understand that pursuant to
15    the terms of a written plea agreement he now intends to plead
16    guilty to Count -- well, it says Count 31 in the plea
17    agreement.  So which count is it that he's intending to plead
18    guilty to?
19              MR. LEONARD:  That was my understanding it was 31.
20              THE COURT:  He's not charged in 31, though.
21              MR. LEONARD:  I guess we made a typo.  Is it 32?
22              MR. TILL:  Your Honor, I really apologize to Counsel
23    and the Court, because I'm afraid it's a case of seeing what
24    you think you see; and now that I'm here, he is not in
25    Count 31.
```

```
 1          THE COURT:  All right.  We're going to set this matter
 2   over and I'll let you figure out what it is that's going to be
 3   the plea agreement here.  We're not going to do it on the fly.
 4          MR. TILL:  Right.
 5          THE COURT:  So we'll continue this hearing to another
 6   hearing date.  It's clear that the parties want to enter into
 7   an agreement.  I can't tell whether we're just looking at a
 8   typographical error, or if there is a substantive disagreement;
 9   so, Counsel, would you at the close of this hearing please go
10   back and get another hearing date from Ms. Aguero so that we
11   can continue this hearing to that date.
12          MR. TILL:  Yes, your Honor.
13          THE COURT:  And then prior to that date, a new
14   proposed plea agreement will need to be filed.
15          MR. TILL:  Yes, your Honor.
16          THE COURT:  The defendant will be remanded to the care
17   and custody of the United States Marshal's Service.  That will
18   conclude our hearing.  Thank you everyone.  We'll stand in
19   recess.
20      (Recess at 4:16 p.m.)
21                        *   *   *   *   *
```

1 **REPORTER'S CERTIFICATE**

2   I certify that the foregoing is a correct transcript from
3 the record of proceedings in the above-entitled matter.  Dated
4 at Denver, Colorado, this 19th day of August, 2013.
5
6                                       *S/Paul A. Zuckerman*
                                         Paul A. Zuckerman
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25