IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover              Date:   September 23, 2013
Court Reporter:     Terri Lindblom
Probation Officer:  Michelle Means

Criminal Action No. 12-cr-00010-MSK

*Parties*:                                        *Counsel*:

UNITED STATES OF AMERICA,                         Guy Till

       Plaintiff,

v.

RICHARD W. JOHNSON,                               Miller Leonard

       Defendant.

---

### SENTENCING MINUTES
---

**11:10 a.m.**     **Court in session**.

Hearing continued from July 17, 2013 to allow counsel the opportunity to file briefs.

Defendant present in custody.

**Change of Plea Hearing on June 15, 2012.  Defendant pled guilty to Counts 32 and 35 of the First Superseding Indictment.**

The Court further addresses the Government's Motions for Departure (**Doc. #904, #996**).

Argument.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by:  The Government, the defendant.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

**ORDER:**     The Government's Motion for Departure (**Doc. #996**) is **GRANTED**.  Motion for Departure (**Doc. #904**) is **DENIED** as moot.

**ORDER:**     Motion for Forfeiture (**Doc. #926**) is **GRANTED**.

Sentencing Minutes  
Chief Judge Marcia S. Krieger  
Page 2

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**11:34 a.m.** **Court in recess.**

Total Time: 24 minutes.
Hearing concluded.