IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6.    RICHARD W. JOHNSON,

    Defendant.

## FINAL ORDER OF FORFEITURE AS TO DEFENDANT RICHARD JOHNSON

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture as to Defendant Richard Johnson. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 21 U.S.C. § 853, as set forth in the First Superseding Indictment returned on February 6, 2012;

THAT a Preliminary Order of Forfeiture as to Defendant Richard Johnson was granted on September 23, 2013;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT no Petition for Ancillary Hearing has been filed by any petitioner, and the time for so doing, has expired;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853.

1

2

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the miscellaneous firearms and ammunition seized from Richard Johnson on January 20 and 21, 2012 shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party;

THAT the United States shall have full and legal title to the forfeited miscellaneous firearms and ammunition seized from Richard Johnson on January 20 and 21, 2012, and may dispose of them in accordance with law;

SO ORDERED this _____ day of _____, 2013.

BY THE COURT:

_____
MARCIA S. KRIEGER
U.S. District Court Chief Judge