IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

6.     RICHARD W. JOHNSON,

        Defendant.
_____

**UNITED STATES' AMENDED MOTION FOR FINAL ORDER OF FORFEITURE
AS TO DEFENDANT RICHARD JOHNSON**
_____

       COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney James S. Russell, and moves this Court to enter a Final Order of Forfeiture in this case pursuant to 21 U.S.C. § 853. In support thereof, the United States submits the following:

       1.     On February 6, 2012, the United States charged defendant Richard W. Johnson by Superseding Indictment with one count of Using and Maintaining Drug-Involved Premises in violation of 21 U.S.C. § 856(a)(1) and (2) and (b); one count of Aiding and Abetting in violation of 18 U.S.C. § 2; one count of Prohibited Person in Possession of Firearm in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2) and 2; one count of Possession of Firearm in Furtherance of Drug Trafficking Felony in violation of 18 U.S. C. § 924(c); one count of Prohibited Person in Possession of Ammunition in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2) and 2; and one count of Possessing a

1

Prohibited Weapon in violation of 26 U.S.C. §§ 5861(d) and 5871.  (Doc. 180).

2. In the First Superseding Indictment, the United States also sought forfeiture from defendant Richard W. Johnson, pursuant to 21 U.S.C. § 853, of the following property:  Miscellaneous firearms and ammunition seized from Richard Johnson on January 20 and 21, 2012.

3. On June 15, 2012, the United States and defendant Richard W. Johnson entered into a Plea Agreement.  (Doc. 500).  The Plea Agreement provided, *inter alia*, that the defendant agreed to plead guilty to Counts Thirty Two and Thirty Five of the First Superseding Indictment, charging violations of 21 U.S.C. § 856(a)(1) and (2) and (b), and 18 U.S.C. §§ 2, and 924(c).  Defendant Richard W. Johnson further agreed to forfeit the miscellaneous firearms and ammunition seized from Richard Johnson on January 20 and 21, 2012 to the United States pursuant to 21 U.S.C. § 853.  The Court accepted defendant Richard W. Johnson's plea of guilty on June 15, 2012.

4. Pursuant to the Plea Agreement, the Court the United States' Motion for Preliminary Order of Forfeiture on September 23, 2013, forfeiting to the United States any and all of Defendant Richard W. Johnson's right, title and interest in the miscellaneous firearms and ammunition seized from Richard Johnson on January 20 and 21, 2012.  (Doc. 998).  The Preliminary Order of Forfeiture further directed the United States to seize the subject miscellaneous firearms and ammunition seized from Richard Johnson on January 20 and 21, 2012,[1] and to publish notice of the forfeiture.

5. The United States properly published notice of the forfeiture via an official

---

[1] In its original Motion for Final Order of Forfeiture as to Defendant Richard Johnson (Doc. 1011), the United States incorrectly identified the subject property in this sentence as "subject vehicle."

2

government internet website for thirty consecutive days, starting on September 26, 2013, consistent with Federal Rule of Criminal Procedure 32.2(b)(6)(C).  Said notice stated that interested parties must file a Petition within 60 days of the first date of publication, or by November 25, 2013.

6. No Petition of United States of America for Ancillary Hearing has been filed by any third parties within the time period set forth in the Notice of Forfeiture. Therefore, any third-parties are barred by their failure to timely file a petition asserting an interest in the property to be forfeited.

WHEREFORE, the United States moves this Court for entry of the Final Order of Forfeiture as to Defendant Richard Johnson, which is tendered herewith in accordance 21 U.S.C. § 853.

DATED this 4th day of December 2013.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: s/ *James S. Russell*
James S. Russell
Assistant United States Attorney
1225 Seventeenth Street, Ste. 700
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: james.russell5@usdoj.gov
*Attorney for the United States*

4

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 4th day of December, 2013, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record.

                                        s/ *Raisa Vilensky*
                                        FSA Data Analyst
                                        Office of the U.S. Attorney