IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 12-cr-00010-MSK-6

UNITED STATES OF AMERICA,
Plaintiff,
v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GREGORY A. COLLINS,
4. GEORGE A. GADDY,
5. DELBERT J. GARDNER,
**6. RICHARD W. JOHNSON**,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
9. LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. DARRELL R. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS A. SCHRAH, JR.,
15. JAMES R. SWITZER, and
16. CLIFFORD M. WRIGHT,

Defendants.

_____

DEFENDANT'S REQUEST FOR APPOINTMENT OF CJA COUNSEL
_____

Defendant Richard Johnson, by and through counsel, hereby requests the Court to

re-appoint Miller Leonard as Mr. Johnson's counsel, pursuant to the CJA plan.  Mr.

Johnson desires to file a request to be released from supervised release and has contacted counsel in order to get such request filed.

Counsel contacted Assistant United States Attorney Guy Till about this request and there is no objection on behalf of the government.

DATED at Denver, Colorado this, <u>12th</u> day of December, 2014.

<u>/s/Miller Leonard</u>
Attorney for Defendant
CO Reg. # 41029
14143 Denver West Pkwy. Suite 100
Golden, CO 80401
303-907-9516
[milller@themillerleonardlawfirm.com](mailto:milller@themillerleonardlawfirm.com)

CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion was delivered, via the ECF system for the District of Colorado to all parties, this 12th day of July, 2013.

<u>/s/ Miller Leonard</u>

2