**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Honorable Marcia S. Krieger

Criminal Action No. 12-cr-00010-MSK-6

UNITED STATES OF AMERICA,
Plaintiff,
v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GREGORY A. COLLINS,
4. GEORGE A. GADDY,
5. DELBERT J. GARDNER,
**6. RICHARD W. JOHNSON**,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
9. LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. DARRELL R. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS A. SCHRAH, JR.,
15. JAMES R. SWITZER, and
16. CLIFFORD M. WRIGHT,

Defendants.

_____

**DEFENDANT'S UNOPPOSED MOTION FOR DISCHARGE FROM
SUPERVISED RELEASE**
_____

Defendant Richard Johnson, by and through counsel, hereby requests to be

discharged from supervised release.  In support of this request, defendant states the

following:

1

1. Defendant plead guilty to Count Thirty-Two and County Thirty-Five of the Superseding Indictment, Using and Maintaining a Drug-Involved Premises and Possession of a Firearm in Furtherance of a Drug Trafficking Felony.

2. Defendant was sentenced to a total of twenty-four (24) months in prison on September 23, 2013.

3. Defendant is currently on supervised release and he has served over one (1) year.

4. Defendant is employed.

5. Defendant is in compliance with the terms and conditions of his supervised release.

6. Defendant has submitted two (2) of the three (3) statutory urinalyses. The results of his two submitted tests were negative.

7. The government has no objection to this request.

8. 18 U.S.§ 3583(e)(1) allows a court to release a person from supervised release upon successful conclusion of one year of supervised release if it is satisfied that such action is warranted in the interest of justice.

9. "The Court is encouraged to exercise [its] authority [to early terminate] in appropriate cases." USSG § 5D1.2(n.5).

10. Defendant presents as an appropriate candidate for early termination of his supervised release. Defendant is employed; he is not a recidivist risk; he is fully compliant with his current terms and conditions of supervised release; he

does not have a history of drug abuse; his request is not opposed by the government.

Wherefore, for the reasons stated herein, defendant requests this motion be granted.

DATED at Denver, Colorado this,  13th day of January, 2015.


/s/Miller Leonard
Attorney for Defendant
CO Reg. # 41029
14143 Denver West Pkwy. Suite 100
Golden, CO 80401
303-907-9516
 milller@themillerleonardlawfirm.com


## CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion was delivered, via the ECF system for the District of Colorado to all parties, this 13th day of January, 2105 and by United States postal service to:

Richard Johnson
(Address on file with counsel and available to the Court and the Government)

/s/ Miller Leonard