**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Criminal Case No. 12-CR-00010-MSK-06**

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**6.   RICHARD W. JOHNSON,**

    **Defendant.**

---

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION TO TERMINATE SUPERVISED RELEASE**

---

THE UNITED STATES, by United States Attorney John F. Walsh, through Assistant United States Attorney Guy Till (Government), pursuant to the Minute Order [Doc. 1050] entered January 13, 2015, here respectfully advises the Court that the Government is not opposed to the relief requested by defendant Richard W. Johnson's Motion for Order to Terminate Supervised Release [Doc.1048].

Respectfully submitted this 29th day of January, 2015.

                        JOHN F. WALSH
                        United States Attorney

                        By:  s/*Guy Till*
                        GUY TILL
                        Assistant United States Attorney
                        1225 17th Street, Suite 700
                        Denver, CO. 80202
                        Telephone (303) 454-0207
                        Fax (303) 454-0401
                        guy.till@usdoj.gov
                        Attorney for Government

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 29th day of January, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

               s/ Diana L. Brown
               Legal Assistant
               United States Attorney's Office