IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00010-MSK-1

UNITED STATES OF AMERICA,
Plaintiff,
v.

#6 RICHARD W. JOHNSON
Defendant.

## DEFENDANT'S MOTION FOR AN ORDER

COMES NOW Richard W. Johnson (#6) (hereinafter defendant), defendant, by and through counsel, and hereby requests the Court issue an Order regarding the request made by defendant, in Doc. #1048, to have his supervised release terminated. In addition to defendant's request, the government filed a responsive document, Doc. #1050, advising the Court that the government had no opposition to defendant's request.

WHEREFORE, defendant requests the Court issue an Order regarding the request of defendant to have his term of supervised release terminated.

1

DATED at Denver, Colorado this,  21<u>st</u> day of April, 2015.

<u>/s/Miller Leonard</u>
Attorney for Defendant
CO Reg. # 41029
1767 Denver West Blvd. Suite A
Golden, CO 80401
303-907-9516
[millller@themillerleonardlawfirm.com](mailto:millller@themillerleonardlawfirm.com)

## CERTIFICATE OF SERVICE

I hereby certify that this document was delivered, via the ECF system for the District of Colorado to all parties, this 21st day of April, 2015.

<u>/s/ Miller Leonard</u>

2