IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Criminal Action No. 12-cr-00010-MSK-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD W. JOHNSON,

    Defendant.

---

## ORDER TERMINATING SUPERVISION

Richard W. Johnson (#6) (hereinafter defendant) filed a request for early release from supervision (Doc. #1048) on January 13, 2015. This request was not opposed by the government, (Doc. #1054).

Defendant was placed on supervised release for two (2) years (Doc. #1002).

Defendant's request for early termination of supervised release is **GRANTED**.

Defendant is hereby **TERMINATED** from supervision/supervised release.

DATED this 27th day of April, 2015.

                **BY THE COURT:**

                *Marcia S. Krieger*

                Marcia S. Krieger
                Chief United States District Judge